AO 91 (Rev. 11/11)  Criminal Complaint

| | | | |
|---|---|---|---|
| AUSA: | Zachary A. Zurek | Telephone: | (313) 226-9100 |
| Special Agent: | Kenton Weston | Telephone: | (313) 202-3500 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.

Ryan ODNEAL-EDWARDS

Case No. Case: 2:24−mj−30281
Assigned To : Unassigned
Assign. Date : 7/22/2024
USA V. SEALED (CMP)(CMC)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __06/20/2024__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_Complainant's signature_

Special Agent Kenton Weston - ATF
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: July 22, 2024

_Judge's signature_

City and state: Detroit, Michigan

Honorable Kimberly G. Altman,  U.S. Magistrate Judge
_Printed name and title_

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Kenton Weston, being first duly sworn, hereby state:

## INTRODUCTION

1. I have been employed as a Special Agent with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) and assigned to the Detroit Field Division since January 2018. I graduated from the ATF Privately Made Firearm (PMF) and Machine Gun Conversion (MCD) Train the Trainer Course, the Federal Law Enforcement Training Center Criminal Investigator Training Program, and the ATF Special Agent Basic Training Program. I also have a bachelor's degree in accounting from Western Michigan University. During my employment with the ATF, I have conducted and/or participated in numerous criminal investigations focused on violence involving a firearm, firearm and drug trafficking violations, and criminal street gangs.

2. I am currently assigned to the Pontiac Gun Violence Task Force (GVTF), a task force established by the Oakland County Sheriff's Office (OCSO) and the ATF. Additionally, I am a member of the ATF lead Crime Gun Enforcement Team (CGET). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of

1

Michigan. During my employment with the ATF, I have been involved in over a hundred investigations involving violent crimes, which have resulted in the seizure of illicit controlled substances, hundreds of firearms, and over one hundred and seventy-five arrests.

3. This affidavit is made in support of an application for a criminal complaint for Ryan ODNEAL-EDWARDS (XX/XX/1991) (herein "ODNEAL-EDWARDS").

4. I have probable cause to believe that ODNEAL-EDWARDS, who knew he was a convicted felon, knowingly possessed firearms, which traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

5. I make this affidavit based on my participation in this investigation, reports from other law enforcement agents, communications with others who have personal knowledge of the events and circumstances described herein, and information gained through my training and experience.

6. The information in this affidavit is for the limited purpose of establishing probable cause and does not contain all details or all facts relating to this investigation.

## **PROBABLE CAUSE**

7. On June 20, 2024, an OCSO Deputy observed a 2019 Ford Escape driving in the city of Pontiac, MI. The Deputy ran the vehicle's license plate which

showed the vehicle had no insurance. Prior to executing a traffic stop, the OCSO Deputy recognized the driver to be ODNEAL-EDWARDS, who the Deputy knew had open warrants, including for 1st degree killing/torturing animals, violations of probation for carrying a concealed weapon and possession of cocaine, and who was the assailant in a recent domestic violence incident. The Deputy ran a LEIN search for ODNEAL-EDWARDS, confirmed the existence of the active warrants, and determined that ODNEAL-EDWARDS also had an expired driver's license.

8. The Deputy activated his overhead lights. ODNEAL-EDWARDS then stopped the Ford Escape. The vehicle contained ODNEAL-EDWARDS and Adult-1 who was seated in the front passenger seat. Deputies removed and detained ODNEAL-EDWARDS. When Adult-1 was removed from the vehicle, deputies observed, in plain view, a loaded Ruger LCP II .380 caliber pistol in between the seat and door frame, where the passenger's right foot was resting while seated in the vehicle. While on scene, Adult-1, originally, claimed ignorance about the recovered firearm.

9. A review of the in-car video revealed ODNEAL-EDWARDS talking to himself as law enforcement recovered the firearm. Specifically, stating "Do they got it? Do they got the gun?" Additionally, this recording also captured ODNEAL-EDWARDS attempting to persuade Adult-1 to not speak with deputies and to take

3

responsibility for the firearm. ODNEAL-EDWARDS is heard saying "You told on me? You did? You told them about the gun? You said it's yours?"

10. Deputies determined that neither ODNEAL-EDWARDS nor Adult-1 owned the Ford Escape. Members of the GVTF contacted the owner of the vehicle, Adult-2, and confirmed that they do not have a registered firearm and did not own a firearm.

11. An ATF Task Force Officer conducted a post-*Miranda* interview with Adult-1, who explained ODNEAL-EDWARDS picked her up from her grandmother's house, that they had only been in the car for 10 minutes, and that the firearm was already in the car. Adult-1 stated they never touched the firearm and that their DNA would not be on the firearm. Adult-1 admitted that the gun belonged to ODNEAL-EDWARDS and that he had bought it around January or February.

12. Adult-1 indicated that ODNEAL-EDWARDS had another firearm at his house on Going Street in Pontiac, Michigan, where he lives with Adult-2. Adult-1 also indicated that Adult-1 had pictures on their phone of ODNEAL-EDWARDS possessing firearms. The GVTF observed one video on Adult-1's phone that appears to show ODNEAL-EDWARDS holding a suspected firearm.

13. The GVTF learned ODNEAL-EDWARDS appeared to be in a relationship with Adult-2. For example, a few months prior, on April 14, 2024,

4

Adult-2 was sitting on her bed at her house with her five-day-old child. According to an OCSO report, ODNEAL-EDWARDS came home and accused Adult-2 of cheating.  ODNEAL-EDWARDS then struck Adult-2 on the side of the head with both hands approximately 10 times.  On at least one occasion ODNEAL-EDWARDS struck the infant that Adult-2 was holding, causing the infant to cry. Adult-2 got out of bed to attempt to escape. ODNEAL-EDWARDS followed Adult-2, grabbed Adult-2 by their hair, pulled Adult-2 to the ground, and began to strike Adult-2 again. Child protective services was notified.

14. A review of Oakland County Jail recorded calls revealed ODNEAL-EDWARDS making calls on the account of another detainee.  In one jail call, ODNEAL-EDWARDS tells a family member to tell Adult-2 that their vehicle is with a towing company. ODNEAL-EDWARDS then appears to instruct a family member, in coded language, to remove a firearm from his house, stating, "I need you to clean house for me… listen, she knows what I'm talking about, you know what I'm talking about, I need you to get it."  The family member responds, "Don't call me talking about this right now, I'm going to call her."

15. In another jail call, ODNEAL-EDWARDS calls the same family member and successfully completes a 3-way call with Adult-2. During that call, ODNEAL-EDWARDS attempts to coax Adult-2 to not attend upcoming court hearings concerning the April 14, 2024, domestic violence incident or cooperate

5

with law enforcement. Specifically, ODNEAL-EDWARDS tells Adult-2 to "not show up" and to "not answer the phone for people" and to avoid answering the door in case people try to "serve" her. ODNEAL-EDWARDS says that if Adult-2 does not cooperate, he believes they will "throw that shit out."

16. I reviewed ODNEAL-EDWARDS' computerized criminal history which revealed the following felony convictions.

   a. In June 2014, pled guilty in Michigan's 6th Circuit Court to possession of controlled substance (cocaine, heroin, or another narcotic) under 25 grams.

   b. In January 2017, pled no contest in Michigan's 6th Circuit Court to felony uttering and publishing and carjacking.

   c. In February 2024, pled no contest in Michigan's 6th Circuit Court to carrying concealed weapon (firearm), felon in possession of a firearm, and possession of a controlled substance.

17. On June 22, 2024, I contacted an ATF Interstate Nexus Expert, and provided her a description of the firearm recovered. Based upon the description, the Nexus Expert advised that the Ruger LCP II is a firearm as defined under 18 U.S.C. § 921. She also advised that the firearms were manufactured outside of the State of Michigan after 1898 and therefore had traveled in and affected interstate commerce.

## **CONCLUSION**

18.    There is probable cause to believe that on June 20, 2024, within the Eastern District of Michigan, Ryan ODNEAL-EDWARDS, who knew he was a convicted felon, knowingly possessed a firearm, which had traveled in interstate commerce, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Kenton Weston, Special Agent
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my
presence and/or by reliable electronic means

_____
Hon. Kimberly G. Altman
United States Magistrate Judge

Dated: July 22, 2024

7